UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60496-CV-DIMITROULEAS

FLAVIO IMANOL MUNCADAIZAGUIRRE,

      Petitioner,

v.

KRISTI NOEM, in their official
capacity as Secretary of the United States
Department of Homeland Security;

PAMELA BONDI, in their official
capacity as Attorney General of the
United States;

JUAN AGUDELO in his official
capacity as BROWARD
TRANSITIONAL CENTER,,

      Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner FLAVIO IMANOL
MUNCADAIZAGUIRRE ("Petitioner")'s Petition for Writ of Habeas Corpus (the "Petition")
[DE 1], filed February 23, 2026. The Court has considered the Petition [DE 1] and is otherwise
fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **March 2, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply on or before March 6, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 24th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov